UNITED STATES DISTRICT COURT
District of South Carolina
Columbia Division

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge,<br><br>Plaintiffs,<br><br>vs.<br><br>Seneca Specialty Insurance Company,<br><br>Defendant. | C/A No.: 3:13-3161-TLW<br><br>**JOINT NOTICE REGARDING MEDIATION** |

COME NOW Vagish, LLC, doing business as Cambridge Plaza Hotel and Va Va Vagish, LLC, doing business as Legends Lounge ("Plaintiffs"), and Seneca Specialty Insurance Company ("Defendant"), by and through their respective counsel, and file their Joint Notice Regarding the status of mediation, showing the Court as follows:

1.

The parties unsuccessfully mediated this case on June 17, 2015.

2.

Thereafter, the parties resumed discovery, which is currently set to expire on January 15, 2016.

3.

Currently, the parties have a mediation deadline of January 22, 2016.

4.

Following the close of discovery, the Parties agree to work in earnest to schedule a mediation and attempt to mediate this matter on or before the January 22, 2016 deadline.

This 22nd day of December, 2015.

| **RESPECTFULLY FILED** | **RESPECTFULLY FILED** |
|---|---|
| s/ Richard A. Harpootlian | s/Russell R. Thomson |
| Russell R. Thompson | Russell R.Thomson (Fed ID11870) |
| Richard A. Harpootlian (Fed ID 1730) | ThomsonR@deflaw.com |
| rah@harpootlianlaw.com | Eric Mull (Admitted *Pro Hac Vic*) |
| Graham L. Newman (Fed ID 9746) | emull@deflaw.com |
| gln@harpootlianlaw.com | Paul W. Burke |
| RICHARD A. HARPOOTLIAN, P.A. | (Admitted Pro Hac |
| 1410 Laurel Street (29201)Vic) | pburke@deflaw.com |
| Post Office Box 1090 | DREW ECKL & FARNHAM, LLP |
| Columbia, South Carolina  29202 | 880 West Peachtree Street (30309) |
| Telephone: (803) 252-4848 | Post Office Box 7600 |
| Facsímile: (803) 252-4810 | Telephone: (404) 885-1400 |
| Counsel for Plaintiffs | Facsimile: (404) 876-0992 |
|  | Counsel for Defendant |

6183266/1
05596-088833