UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge, <br><br> Plaintiffs, <br><br> vs. <br><br> Seneca Specialty Insurance Company, <br><br> Defendant. | C/A No.: 3:13-cv-03161-TLW <br><br><br> **PLAINTIFFS' RULE 26(A)(2) EXPERT DISCLOSURE** |

Plaintiffs Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legend's Lounge, hereby identify the following expert witness and certify that a written report and all information required by Rule 26(a)(2) of the Federal Rules of Civil Procedure have been disclosed to Defendant's counsel.

    3.   Thomas J. Slovenski
          204 Kinard Way
          Simpsonville, SC 29681
          (864) 962-7307

Plaintiffs reserve the right to designate a responsive expert to any expert the Defendant designates after the date of this filing.

Plaintiffs also reserve the right to call any expert witness who may be required to substitute for another expert listed herein in the event the listed expert becomes unavailable to testify at trial due to any circumstances beyond Plaintiffs' control.

Further, insomuch as discovery is ongoing, this designation is subject to amendment and further supplementation and Plaintiffs reserve their right to supplement this list prior to trial.

1

Respectfully submitted by,


s/ Richard A. Harpootlian
Richard A. Harpootlian (Fed ID #1730)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1040
Columbia, South Carolina 29202
(803) 252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com

Leigh J. Leventis (Fed ID #2661)
THE LAW OFFICES OF LEIGH J. LEVENTIS
1913 Bull Street (29201)
Post Office Box 11067
Columbia, South Carolina 29211
(803) 256-0113
Facsimile (803) 799-1612
leighleventis@aol.com

James M. Griffin (Fed. ID #1053)
GRIFFIN DAVIS, LLC
1116 Blanding Street, First Floor (29201)
Post Office Box 999
Columbia, SC 29202
(803) 744-8000
Facsimile (803)744-0805
jgriffin@griffindavislaw.com


ATTORNEYS FOR PLAINTIFFS

Columbia, South Carolina
January 7, 2016