UNITED STATES DISTRICT COURT
District of South Carolina
Columbia Division

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge,<br><br>Plaintiffs,<br><br>vs.<br><br>Seneca Specialty Insurance Company,<br><br>Defendant. | C/A No.: 3:13-3161-TLW<br><br>***AMENDED***<br>**NOTICE OF FILING AFFIDAVIT OF RECORDS CUSTODIAN** |

YOU WILL PLEASE TAKE NOTICE THAT Plaintiffs, Vagish, LLC and Va Va Vagish, LLC hereby files the Affidavits of Records Custodian/Certification of Records for the following:

1. Callan Salvage & Appraisal; and
2. J.S. Held Construction Consulting.

Copies of the certifications are attached hereto as exhibits. Plaintiff reserves the right to supplement this filing in the event additional certifications are received.

Respectfully submitted,

s/ Richard A. Harpootlian
Richard A. Harpootlian (Fed ID 1730)
rah@harpootlianlaw.com
RICHARD A. HARPOOTLIAN P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
Phone (803) 252-4848
Facsimile (803) 252-4810

ATTORNEY FOR PLAINTIFFS

Columbia, South Carolina
January 26, 2016.