#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF SOUTH CAROLINA
#### COLUMBIA DIVISION

| | | |
|---|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE, | ) ) ) ) | Civil Action No. 3:13-CV-03161-TLW |
| Plaintiff, | ) ) ) | |
| v. | ) | |
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) | **SENECA SPECIALITY INSURANCE COMPANY'S STATUS REPORT REGARDING FILING OF MOTION FOR SUMMARY JUDMENT AND INCORPORATED BRIEF IN SUPPORT** |
| Defendant. | ) ) | |

Comes Now Seneca Insurance Company, by and through counsel, and provides the Court with a status report regarding the filing of Seneca's Motion for Summary Judgment and Incorporated Brief in Support.

The party's deadline for filing dispositive motions is January 29, 2016. As part of its Motion for Summary Judgment, Seneca attached and discussed certain documents designated as confidential by Plaintiffs. As such, Seneca filed a Motion to Seal its Motion for Summary Judgment, Incorporated Brief, and Exhibits thereto on January 26, 2016. [See Doc. 89]. Pursuant to Local Civil Rule 5.03(C), Seneca provided the Clerk's Office with a pleading entitled "Confidential Information to be Submitted to Court in Connection with Motion to Seal," attaching Seneca's Motion for Summary Judgment, Incorporated Brief, and Exhibits thereto.

In light of Plaintiffs' confidential designations and Seneca's pending Motion to Seal, Seneca provides notice to the Court that Seneca's Motion for Summary Judgment and

Incorporated Brief have been provided to the court as an exhibit to the "Confidential Information to be Submitted to Court in Connection with Motion to Seal" prior to the deadline for the filing of dispositive motions.

                                              Respectfully submitted,

                                              DREW ECKL & FARNHAM, LLP

                                              */s/Russell Thomson*
                                              Russell Thomson
                                              Fed Id No.  11870
                                              Paul W. Burke
                                              Admitted *Pro Hac Vice* (GA Bar No 095642)
                                              Eric R. Mull

880 W. Peachtree Street                Admitted *Pro Hac Vice* (GA Bar No 556860)
Atlanta, GA  30357-0600
Telephone:     (404) 885-1400
rthomson@deflaw.com
pburke@deflaw.com
emull@deflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **SENECA SPECIALITY INSURANCE COMPANY'S STATUS REPORT REGARDING FILING OF MOTION FOR SUMMARY JUDMENT AND INCORPORATED BRIEF IN SUPPORT** on all counsel by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 28th day of January, 2016.

> */s/Russell Thomson*
> Russell Thomson
> Fed Id No.  11870

P.O. Box 7600
Atlanta, Georgia  30357-0600
(404) 885-1400
(404) 876-0992 (fax)

6240952/1
05596-088833