# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENECA SPECIALTY INSURANCE COMPANY, )<br>)<br>)<br>Defendant. ) | Civil Action No. 3:13-CV-03161-TLW |

## NOTICE OF DEPOSITION OF SUPER 8 WORLDWIDE, INC.

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rules of Civil Procedure. that on **Thursday, February 18, 2016 commencing at 10:00 a.m**. at the offices of Certified Court Reporters & Video, LLC, 2001 Route 46, Suite 310, Parsippany, NJ 07054, before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of **Super 8 Worldwide, Inc.** for discovery, cross-examination, and all other purposes allowed by law.  The deposition will continue from day-to-day until examination is complete.

Respectfully submitted,

DREW ECKL & FARNHAM, LLP

*/s/Russell Thomson*
Russell Thomson
Fed Id No.  11870
Paul W. Burke
Admitted *Pro Hac Vice* (GA Bar No 095642)
Eric R. Mull
Admitted *Pro Hac Vice* (GA Bar No 556860)

880 W. Peachtree Street
Atlanta, GA  30357-0600
Telephone:     (404) 885-1400
Facsimile:     (404) 876-0992
pburke@deflaw.com
emull@deflaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE, )<br>)<br>) | Civil Action No. 3:13-CV-03161-TLW |
| Plaintiffs, ) | |
| v. ) | |
| SENECA SPECIALTY INSURANCE COMPANY, )<br>) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent the **NOTICE OF DEPOSITION OF SUPER 8 WORLDWIDE, INC.** via e-mail to the following attorneys of record:

| | |
|---|---|
| Richard A. Harpootlian | Leigh J. Leventis |
| Christopher P. Kenney | The Law Offices of Leigh J. Leventis |
| Richard A. Harpootlian, P.A. | 1913 Bull Street |
| 1410 Laurel Street | P.O. Box 11067 |
| Post Office Box 1090 | Columbia, South Carolina 29211 |
| Columbia, South Carolina 29202 | leighleventis@aol.com |
| rah@harpootlianlaw.com | |
| cpk@harpootlianlaw.com | |

This 8th day of February, 2016.

/s/Russell Thomson
Russell Thomson
Fed Id No. 11870

P.O. Box 7600
Atlanta, Georgia 30357-0600
(404) 885-1400
6258628/1
05596-088833