# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE, <br><br> Plaintiff, <br><br> v. <br><br> SENECA SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 3:13-CV-03161-TLW |

## NOTICE OF DEPOSITION OF WYNDHAM WORLDWIDE OPERATIONS, INC.

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rules of Civil Procedure. that on **Thursday, February 18, 2016 commencing at 11:00 a.m**. at the offices of Certified Court Reporters & Video, LLC, 2001 Route 46, Suite 310, Parsippany, NJ 07054, before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of **Wyndham Worldwide Operations, Inc.** for discovery, cross-examination, and all other purposes allowed by law.  The deposition will continue from day-to-day until examination is complete.

Respectfully submitted,
DREW ECKL & FARNHAM, LLP

*/s/Russell Thomson*
Russell Thomson
Fed Id No.  11870
Paul W. Burke
Admitted *Pro Hac Vice* (GA Bar No 095642)
Eric R. Mull
Admitted *Pro Hac Vice* (GA Bar No 556860)

880 W. Peachtree Street
Atlanta, GA  30357-0600
Telephone:     (404) 885-1400
Facsimile:     (404) 876-0992
pburke@deflaw.com
emull@deflaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

Civil Action No. 3:13-CV-03161-TLW

### CERTIFICATE OF SERVICE

I hereby certify that I have this day sent the **NOTICE OF DEPOSITION OF WYNDHAM WORLDWIDE OPERATIONS, INC.** via e-mail to the following attorneys of record:

Richard A. Harpootlian
Christopher P. Kenney
Richard A. Harpootlian, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina  29202
rah@harpootlianlaw.com
cpk@harpootlianlaw.com

Leigh J. Leventis
The Law Offices of Leigh J. Leventis
1913 Bull Street
P.O. Box 11067
Columbia, South Carolina 29211
leighleventis@aol.com

This 8th day of February, 2016.

/s/Russell Thomson
Russell Thomson
Fed Id No.  11870

P.O. Box 7600
Atlanta, Georgia  30357-0600
(404) 885-1400
6258645/1
05596-088833