UNITED STATES DISTRICT COURT
District of South Carolina
Columbia Division

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge,<br><br>Plaintiffs,<br><br>vs.<br><br>Seneca Specialty Insurance Company,<br><br>Defendant. | C/A No.: 3:13-cv-03161-TLW<br><br>**PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES** |

Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiffs Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge, hereby submit the following pretrial disclosures:

**1.     The name and, if not previously provided, the address and telephone number of each witness separately identifying those whom the party expects to present and those whom the party may call if the need arises.**

RESPONSE:  Please see the chart below.

| | WITNESS | EXPECT TO CALL | MAY CALL |
|---|---|---|---|
| 1 | Angie Anderson | | X |
| 2 | Denise Arnold | | X |
| 3 | Brian Bisema | | X |
| 4 | Heidi Michelle Bland | X | |
| 5 | Bernard Carson | | X |
| 6 | Brandi Farris | | X |
| 7 | Steven Forseburg | | X |
| 8 | Mike Gibson | | X |
| 9 | Matthew Hick | | X |
| 10 | Joie Jackson | | X |
| 11 | Tim Jones | | X |

| 12 | Dana Kaminer | X | |
| 13 | Brad Keller | X | |
| 14 | Maurice Kraut, Plaintiffs Expert | X | |
| 15 | Dr. Rakesh Kumar | X | |
| 16 | Bryant McGowan | X | |
| 17 | Steven Ouzts | | X |
| 18 | Lilaben Patel | | X |
| 19 | Ramanlal Patel | | X |
| 20 | Shilpa Ben Patel | | X |
| 21 | Steve Piano | | X |
| 22 | Suzanne Pucci | X | |
| 23 | Priscilla Rish | | X |
| 24 | Keesha Ruffin | | X |
| 25 | Stan Sanders | X | |
| 26 | AJ Shah | X | |
| 27 | Philip Simoneaux, Plaintiffs Expert | X | |
| 28 | Arunima Sinha | X | |
| 29 | Dr. Kaushal Sinha | | X |
| 30 | Kislaya Sinha | X | |
| 31 | Tom Slovenski, Plaintiffs Expert | X | |
| 32 | Prem Sonekar | X | |
| 33 | Becky Sturkie | | X |
| 34 | Stan Townsend | X | |
| 35 | Dawn Watson | | X |
| 36 | Sydnee Wilson | | |
| 37 | Julie Weiswasser | | X |

Plaintiffs reserve the right to call any witnesses Defendant identifies or expects to call for the trial of this case, or witnesses called as rebuttal witnesses or as witnesses for impeachment purposes.

**2.      The designation of those witnesses whose testimony is expected to be presented by means of a deposition and if not taken stenographically, a transcript of the pertinent portions of the deposition.**

RESPONSE:  Plaintiffs may introduce the entire deposition transcript testimony of the following witnesses, if they are unavailable for trial:

   a.  Deposition of AJ Shah, Oct 20, 2015

b.  Deposition of Heidi Michelle Bland, Nov 4, 2015

c.  Deposition of Stephen Piano, Jan 14, 2016

Further, Plaintiffs may introduce the entire deposition transcript testimony and synchronized video of the following witnesses, if the following individuals are unavailable for trial:

d.  Deposition of Stephen Sollecito, Apr 30, 2015

e.  Deposition of Gregory Crapanzano as the 30(b)(6) designee of Seneca, May 1, 2015

**3.     An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expect to offer and those which the party may offer if the need arises.**

RESPONSE:  Please see the chart below.

| NO | DOC. ID | DESCRIPTION | EXPECT TO OFFER | MAY OFFER |
|----|---------|-------------|-----------------|-----------|
| 1 | PL_000002-000005 | Email string between Tuley with Rimkus and Sinha, Jun 18, 2013 re: Inspection | | X |
| 2 | PL_000009-000021 | Email string between McGowan and Sinha, Jun 18, 2013 re: Fire of 6/14/13 file #201259365712, claim number 13FFN155 | X | |
| 3 | PL_000022-000023 | Email string between McGowan and Sinha, Jun 24, 2013 re: Cambridge Plaza Hotel Clean up Begins Today | X | |
| 4 | PL_000024-000025 | Email string between McGowan and Sinha, Jun 24, 2013 re: Cambridge Plaza Hotel Clm# 13FFN155 | X | |
| 5 | PL_000029 | Cambridge Fire Camera Log | X | |
| 6 | PL_000037 | Shipjack receipt | | X |
| 7 | PL_000041-000054 | Email string between Cicodicola and Sinha, Jun 26, 2013 re: Vagish LLC Cambridge Plaza – 13FFN155 D/L 6/14/2013 | | X |
| 8 | PL_000066-000068 | Incident Report/Fire Report from County of Lexington | X | |
| 9 | PL_000073-000075 | Vagish LLC Business Income Claim, 9/18/2013 | X | |
| 10 | PL_000076-000077 | Email from Simoneaux to Sinha re: Business Income Claim Worksheet (monthly lost business income), Jul 26, 2013 | X | |

| 11 | PL_000078-000080 | Email from Sinha to Jones with Palmetto Design Associates re: Cambridge Construction Cost Estimate, Aug 12, 2013 | X | |
|----|------------------|---------------------------------------------------------------------------------------------------------------|---|---|
| 12 | PL_000081-000082 | Email from Sinha to Jones with Palmetto Design Associates re: Cambridge Construction Cost Estimate, Aug 12, 2013 | X | |
| 13 | PL_000083-000085 | Email from Sinha to Shah, attorneys and Jones, Aug 7, 2013 re: Proof of Loss Form | X | |
| 14 | PL_000088_000089 | Email from Shah to Sinha, Aug 13, 2013 re: BPP (Business Persona Property limits) | X | |
| 15 | PL_000093 | Email from Simoneaux to Wilson, Sep 6, 2013 | X | |
| 16 | PL_000107-000129 | Vagish PowerPoint Presentation Proposal to Super 8 | | X |
| 17 | PL_000130 | Email from Sinha to Sanders, Jan 15, 2013 | X | |
| 18 | PL_000147-000153 | Property Improvement Plan, Feb 7, 2013 | | X |
| 19 | PL_000171-000173 | Email from Sinha to Forsberg, Mar 21, 2013 re: License Agreement | | X |
| 20 | PL_000231-000234 | Email from Edwards to Sinha, Jun 9, 2013 re: Pre-Opening Integration Visit | | X |
| 21 | PL_000235_000237 | Email from Sinha to Sanders, Jun 27, 2013 re: Borrower Contact Info | X | |
| 22 | PL_000327-000332 | Email from Sinha to Farris, Apr 24, 2013 re: Investor Update Letter | X | |
| 23 | PL_000333-000337 | Notes re: Meeting with Rakesh Uncle and Sita Auntie, Jun 8, 2013 | X | |
| 24 | PL_000338-000340 | Email from Sinha to Kumar, Jun 10, 2013 re: Loan approval | X | |
| 25 | PL_000348-000358 | Text string between Wilson and Sinha, Jun 1 - Jun 17, 2013 | | X |
| 26 | PL_000359 | Real Estate Development Associate listing | | X |
| 27 | PL_000360 | Memo to Staff, May 23, 2013 | X | |
| 28 | PL_000361-000363 | Email from Sinha to Wilson and White, Jun 5, 2013 re: Update List of Current Issues | | X |
| 29 | PL_000364 | Email from Sinha to White, Jun 15, 2013 re: Priscilla Rish | | X |
| 30 | PL_00387-000401 | Fire damage FF&E inventory | X | |
| 31 | PL_00514-00518 | Third-Party Agreement | X | |
| 32 | PL_000892-000904 | Town Council Super 8 PowerPoint Presentation, Feb 6, 2013 | | X |
| 33 | PL_000915-000916 | Email from Sinha to Williamson, Jun 10, 2013 re: deal in principle | X | |
| 34 | PL_000917-000927 | Text string, Sinha and Shah, May 4 - Jul 8, 2013 | | X |
| 35 | PL_000929 | Email from Wilson to Sinha, July 23, 2013 re: Approved Transaction (Stanley Steamer receipt) | | X |
| 36 | PL_000938-000939 | Email from Grochmal with EcoGreenHotel to | | X |

| | | | | |
|---|---|---|---|---|
| | | Sinha re: Checking in, Aug 5, 2013 | | |
| 37 | PL_000942-000944 | Email between Simoneaux and Sinha, Aug 21, 2013 re: Vagish, LLC Cambridge Plaza 13FFN155 D/L 6/14/2013 | | X |
| 38 | PL_000974-000975 | Email from Sinha to Shah, Nov 11, 2013 re: Vagish Insurance Renewal 2013–Revenue Projections | | X |
| 39 | PL_000976-000977 | Email from Sinha to Shah, Nov 12, 2013 re: Limits | | X |
| 40 | PL_000978-000979 | Email from Sinha to Shah, Jul 11, 2013 re: Updated to Cambridge | | X |
| 41 | PL_000980-000983 | Email between Simoneaux and Sinha, Nov 11, 2013 re: Vagish LLC Cambridge Plaza – 13FFN155 D/L 6/14/13 | | X |
| 42 | PL_001031-001052 | Email between Sinha, Simoneaux and Attorneys re: Vagish LLC Cambridge Plaza – 13FFN155 D/L 6/14/2013, July 24, 2013 <br> Redactions | | X |
| 43 | PL_001078-001083 | Texts between Sinha and Jones, Jun 14-Nov 26, 2013 | | X |
| 44 | PL_001112-001113 | Email between Sinha and Bishop, Jan 6, 2014 re: Property visit | | X |
| 45 | PL_001181 | Access Point application sent to Sinha, Mar 26, 2013 | | X |
| 46 | PL_001182 | Email from Siddons to Sinha, Mar 26, 2013 re: Super 8 Update <br> Redactions | | X |
| 47 | PL_001183-001195 | Email between Sanders, Forsberg and Sinha, Mar 27, 2013 re: Per our Conversation | | X |
| 48 | PL_001196 | Certificate of Insurance | X | |
| 49 | PL_001203-001205 | Email between Patel and Sinha, Apr 10 2012 re: Architects | | X |
| 50 | PL_001210-001211 | Siddons Promissory Note | | X |
| 51 | PL_001219 | Email from Sinha to Patel, May 6, 2013 re: Loan Application | | X |
| 52 | PL_001220-00235 | Email from Sinha to Patel, May 6, 2013 re: Credit Application: Super 8 – Columbia Airport | | X |
| 53 | PL_001236-001237 | Email between Patel and Sinha, May 9, 2013 re: Super 8 – Columbia: Phase 1 (2011) | | X |
| 54 | PL_001239-001252 | Access Point proposal edits | | X |
| 55 | PL_001253-001257 | Sinha PFS, Nov 2012 | | X |
| 56 | PL_001262-001266 | Email from Sinha to Patel, Jun 5, 2013 re: Revised Proposal | | X |
| 57 | PL_001267 | Email from Sinha to Patel, June 6, 2013 re: Clarification of scope of work | | X |
| 58 | PL_001268 | Executed term sheet | X | |

| 59 | PL_001310-001345 | Email to Hick from Sinha, Jun 21, 2103 re: Underwriting documents | | X |
|----|------------------|---|---|---|
| 60 | PL_001346-001352 | Mortgage payoff statement | | X |
| 61 | PL_001356-001358 | Email to Hick from Sinha, Jun 25, 2013 re: Uses and Sources | | X |
| 62 | PL_001405-001412 | Email between Hick and Sinha, Jun 27, 2013 re: Cash Verification | | X |
| 63 | PL_001519-001522 | Email between Hick and Sinha, Jul 12, 2013 re: Super 8 Columbia – Certificate of Insurance and Summary <span style="color:red">Redaction</span> | | X |
| 64 | PL_001557 | Email between Petigara and Sinha, Jul 23, 2013 re: Loan Closing <span style="color:red">Redactions</span> | | X |
| 65 | PL_001641-001644 | Email from Siddons Law to Sinha and Arnold, Aug 21, 2013 re: Vagish mortgage satisfaction | | X |
| 66 | PL_001654-001657 | Email from Hick to Sinha and Arnold, Oct 4, 2013 re: Comfort Letter Request from Wyndham | | X |
| 65 | PL_001701-001702 | Email from Hick to Sinha, Jun 19, 2013 re: Underwriting Information Request – Super 8 | | X |
| 66 | PL_001718-001724 | Email from Wilson to Sinha, Dec 2, 2013 re: Delivery & Acceptance Certifications | | X |
| 67 | PL_001763-001764 | Email from Angie Anderson with Palmetto Design Associates to Sinha, Dec 18, 2013 | | X |
| 68 | PL_001831-001875 | Email between Petigara and Sinha, Mar 13, 2014 re: Super 9 Columbia – Appointment Request | | X |
| 69 | PL_001896 | Email from Sinha to Bisema, Mar 24, 2014 re: Super 8 (West Columbia, SC) – (4) Super 8 Flag and Franchise Agreement | | X |
| 70 | PL_001897 | Email from Sinha to Bisema, Mar 24, 2014 re: Super 8 (West Columbia, SC) – (10) Roadway and Access Plan | | X |
| 71 | PL_001899-001901 | Email from Sinha to Bisema, Mar 25, 2014 re: Super 8 (West Columbia, SC) – (8) PIP Requirements and Finish Selections | | X |
| 72 | PL_001904-001911 | Email from Petigara to Sinha and Hick, Mar 27, 2014 re: West Columbia, SC – Proposed Super 8 Valuation Tables and STR | | X |
| 73 | PL_001919-001922 | Email from Harpootlian Law to Hick, Apr 16, 2014 re: Vagish, LLC d/b/a Cambridge Plaza Hotel v. Seneca Specialty Insurance Company | | X |
| 74 | PL_002029-002031 | Email between Hick and Sinha, Mar 27, 2014 re: Information Request | | X |
| 75 | PL_002050-002051 | Email between Keller and Sinha, Jun 18, 2013 re: Cambridge Plaza Hotel – Kislaya Sinha contact info | | X |

| 76 | PL_002052-002058 | Email between Keller and Sinha, Jul 9, 2013 re: Cambridge Plaza Fire – Requested Documents | | X |
| 77 | PL_002059-002095 | Email between Brad Keller with SLED and Sinha re: Tarak Walter Unemployment Documents, Jul 21, 2013 | X | |
| 78 | PL_002096-002098 | Email from Sinha to Heidi Michelle Bland re: 1-8-2013 Plan, Jan 8, 2013 | | X |
| 79 | PL_002099-002101 | Email from Patel to Sinha, Jan 10, 2013 re: Furniture Package | | X |
| 80 | PL_002102-002105 | Email from Woodwyk to Bland, Jan 13, 2013 re: Cambridge Subcontractors | | X |
| 81 | PL_002106-002107 | Email from Patel to Sinha, Jan 14, 2013 re: Old Window Units | | X |
| 82 | PL_002112-002113 | Email from Patel to Sinha, Jan 14, 2013 re: 12 rooms or more | | X |
| 83 | PL_002122 | Email from Funderburk to Sinha, Mar 4, 2013 re: furniture | | X |
| 84 | PL_002123-002126 | Email from Patel to Sinha, Jun 3, 2013 re: Invoice for Furniture | | X |
| 85 | PL_002151-002155 | Email between Sanders and Sinha, Apr 18, 2013 re: West Columbia | | X |
| 86 | PL_002190-002191 | Email from Patel to Sinha, May 27, 2013 re: Lobby | | X |
| 87 | PL_002194-002199 | Email from Patel to Sinha, May 14, 2013 re: Cambridge | | X |
| 88 | PL_002224-002226 | Email from Yankowitz to Sinha, Jun 13, 2013 re: Otis Elevator Company | | X |
| 89 | PL_002227 | Email from Sinha to Jones with Palmetto Design Associates, Jun 20, 2013 re: Deduction from Budget for Non-Construction Expense (FF&E) | | X |
| 90 | PL_002230 | Email from Sinha to Jones with Palmetto Design Associates, Oct 7, 2013 re: Update on Budget | | X |
| 91 | PL_002251-002254 | Email between Patel, Jones and Sinha, Nov 6, 2013 re: Super 8 Update Delays due to drawings | | X |
| 92 | PL_002296-002300 | Email between Patel and Sinha, Dec 13, 2013 re: Project Drawings | | X |
| 93 | PL_002472-002476 | Email between Barton with Town of Springdale and Sinha, Mar 25, 2013 re: Sign | | X |
| 94 | PL_002501-002502 | Email from Sturkie to Sinha, Jul 26, 2013 re: Cambridge Plaza Hotel | | X |
| 95 | PL_002507 | Email from Sinha to White and Wilson, Jun 13, 2013 re: Sparrow reduced in shift | | X |
| 96 | PL_002508-002509 | Statement of Jackson to Sinha, Jul 3, 2013 | X | |
| 97 | PL_002510-002529 | Sparrow Unemployment Response letter and submissions to the SC Unemployment Commission, Jul 4, 2013 | | X |

| | | | | |
|---|---|---|---|---|
| 98 | PL_002684-002690 | Property Improvement Plan Report – Conversion to Super 8, Feb 7, 2013 and revised Mar 6, 2013 | X | |
| 99 | PL_002691-002697 | Property Improvement Plan Report – Conversion to Super 8, Feb 7, 2013 | X | |
| 100 | PL_002698-002803 | Proposal for Super 8 presentation on Jan 2, 2013 | | X |
| 101 | PL_002804 | Voicemail from Misty re: Stewart Clare W-2 | | X |
| 102 | PL_002805-002819 | Super 8 Presentation made to Springdale Town Council, May 6, 2014 | | X |
| 103 | PL_002820-002844 | Super 8 Presentation made to Springdale, SC , Feb 5, 2013 | | X |
| 104 | PL_002845-002847 | Security Proposal to the Town of Springdale for inclusion in business license provided with 1st notification of Super 8 brand negotiations | | X |
| 105 | PL_002848 | Ltr from Sinha to Barton, Dec 19, 2012 re: Discontinue services of Hawkeye Security | | X |
| 106 | PL_002852-002964 | Phase 1 Environmental Site Assessment for Cambridge Hotel – Pre-closing, Oct 26, 2011 | | X |
| 107 | PL_002965-002967 | Access Point loan proposal | X | |
| 108 | PL_002968 | Wire Transfer Order to Access Point Financial | X | |
| 109 | PL_002969-002983 | Access Point Credit Application for Hospitality Equipment Financing | | X |
| 110 | PL_002984 | Vagish LLC Certificate of Existence | | X |
| 111 | PL_002985 | Vagish LLC Notice of Change of Designated Office and Agent of Service of Process | | X |
| 112 | PL_002986-002987 | Vagish LLC Articles of Incorporation | X | |
| 113 | PL_002988 | Vagish LLC amended and restated Operating Agreement | | X |
| 114 | PL_003019-003024 | Vagish Membership Subscription Agreement | | X |
| 115 | PL_003023-003024 | IRS Employer ID number for Vagish, LLC | | X |
| 116 | PL_003025-003065 | Franchise Agreement, Mar 29, 2013 | X | |
| 117 | PL_003075-003106 | 2010 Tax Returns for Kaushal and Arunima Sinha | | X |
| 118 | PL_003107-003159 | 2011 Tax Returns for Kaushal and Arunima Sinha | | X |
| 119 | PL_003160-003161 | Siddons Promissory Note, Jan 10, 2012 | | X |
| 120 | PL_003162-003168 | Mortgage Note | | X |
| 121 | PL_003169 | Operating Summary as of Jun 13, 2013 | | X |
| 122 | PL_003170 | Kislaya Sinha Statement of Financial Condition, May 31, 2013 | | X |
| 123 | PL_003171-003198 | Personal Financial State for Kaushal and Arunima Sinha, Apr 30, 2013 | | X |
| 124 | PL_003199 | Certificate of Existence for Va Va Vagish, LLC | | X |
| 125 | PL_003200-003209 | Articles of Incorporation for Va Va Vagish, LLC | | X |
| 126 | PL_003201 | Operating Agreement for Va Va Vagish LLC | | X |
| 127 | PL_003210-003213 | Va Va Vagish LLC Membership Certificate and | | X |

| | | roll | | |
|---|---|---|---|---|
| 128 | PL_003214-003224 | Lease Agreement between Vagish LLC and Va Va Vagish LLC | | X |
| 129 | PL_003225 | IRS Employer ID for Va Va Vagish LLC | | X |
| 130 | PL_003226-003227 | Microtel balance sheet as of Dec 31, 2011 | | X |
| 131 | PL_003228-003229 | Microtel profit and loss from Jan through Dec 2011 | | X |
| 132 | PL_003230-003231 | Va Va Vagish dba Legends balance sheet, Dec 31, 2012 | | X |
| 133 | PL_003232-003233 | Va Va Vagish dba Legends profit and loss for Jan – Dec 2012 | | X |
| 134 | PL_003234-003238 | Super 8 Property sources & uses for 2011 and 2012 | | X |
| 135 | PL_003239-003241 | Statistics Report for Dec 31, 2010, 2011 & 2012 | | X |
| 136 | PL_003242-003243 | Microtel balance sheet as of Dec 31, 2012 | | X |
| 137 | PL_003244-003246 | Microtel profit & loss from Jan – Dec 2012 | | X |
| 138 | PL_003248-003284 | Access Point request budget and construction plan | | X |
| 139 | PL_003285-003288 | Ltr to Matthew Hick, Apr 15, 2014 and April 16, 2014 re: Status | | X |
| 140 | PL_003289 | Refinancing plan | | X |
| 141 | PL_003292-003293 | Access Point Closing Statement loan modification | X | |
| 142 | PL_003382-003383 | Proof of Additional Equity – 2013 and 2014 shareholder contributions | | X |
| 143 | PL_003384-003417 | Proof of Additional Equity – Shareholder deposit check images for 2013 and 2014 | | X |
| 144 | PL_003418-003424 | APF Loan Increase Loan Docs Apr 2014 - Access Point Opinion letter form | | X |
| 145 | PL_003425-003433 | APF Loan Increase Loan Docs Apr 2014 – Assignment of Lease | | X |
| 146 | PL_003434-003444 | APF Loan Increase Loan Docs Apr 2014 – Environmental Indemnity | | X |
| 147 | PL_003445-003450 | APF Loan Increase Loan Docs Apr 2014 – Fixture filing | | X |
| 148 | PL_003451-003455 | APF Loan Increase Loan Docs Apr 2014 – Guaranty Agreement | | X |
| 149 | PL_003445-003450 | APF Loan Increase Loan Docs Apr 2014 – Fixture filing | | X |
| 150 | PL_003451-003455 | APF Loan Increase Loan Docs Apr 2014 – Guaranty Agreement | | X |
| 151 | PL_003456-003465 | APF Loan Increase Loan Docs Apr 2014 – Intercreditor Agreement and Certificate for loan modification | | X |
| 152 | PL_003466-003469 | APF Loan Increase Loan Docs Apr 2014 – Loan | | X |

| | | Modification Agreement | | |
|---|---|---|---|---|
| 153 | PL_003470-003502 | APF Loan Increase Loan Docs Apr 2014 – Mortgage Assignment of Rents and Leases, Security Agreement and Fixture Filings | | X |
| 154 | PL_003503-003504 | APF Loan Increase Loan Docs Apr 2014 – No Change Survey Affidavit for Owner | | X |
| 155 | PL_003505 | APF Loan Increase Loan Docs Apr 2014 – Owner Affidavit title company form | | X |
| 156 | PL_003506-003512 | APF Loan Increase Loan Docs Apr 2014 – Promissory Note | | X |
| 157 | PL_003513-003515 | APF Loan Increase Loan Docs Apr 2014 - SC Borrower Notice | | X |
| 158 | PL_ 003516-003520 | APF Loan Increase Loan Docs Apr 2014 - UCCI | | X |
| 159 | PL_ 003521-003522 | HVS Appraisal Apr 2014 – 3 year Pro Forma | | X |
| 160 | PL_ 003539 | HVS Appraisal Apr 2014 – 3 year Pro Forma | | X |
| 161 | PL_ 003541 | I-26 and Hwy. #302 Plan | | X |
| 162 | PL_003542 | Super 8 access change | | X |
| 163 | PL_003543-003544 | Super 8 Capital Budget and Total Cost | | X |
| 164 | PL_003545-003546 | Super 8 Capital Budget for Appraisal | | X |
| 165 | PL_ 003548-003550 | Deed for neighboring 1ac land sale | | X |
| 166 | PL_003551 | Survey for 650 Cherokee Lane | | X |
| 167 | PL_003552-003560 | Super 8 Market Location analysis | | X |
| 168 | PL_003561-003576 | Super 8 photographs | | X |
| 170 | PL_003578-003584 | Super 8 photographs | | X |
| 171 | PL_003586 | Super 8 summary of finishes | | X |
| 172 | PL_003587-003589 | Super 7 summary of finishes exceeding PIP | | X |
| 173 | PL_003591-003598 | Purchase Closing Statement | | X |
| 174 | PL_003599 | Lease trade rider | | X |
| 175 | PL_003600-003601 | Marquee sign variance | | X |
| 176 | PL_003602 | Prohibition against certain advertising rider | | X |
| 177 | PL_003604-003652 | Super 8 Franchise Agreement | X | |
| 178 | PL_ 003653-003661 | Personal Financial Statement of Kaushal and Arunima Sinha, Dec 31, 2013 | | X |
| 179 | PL_003662 | Personal Financial Statement of Kislaya Sinha, Dec 31, 2013 | | X |
| 180 | PL_003663-003718 | Updated Personal Financial Statement of Kaushal and Arunima Sinha, as of Dec 31, 2013 | | X |
| 181 | PL_ 003720-003723 | Updated Personal Financial Statement of Kislaya Sinha, as of Dec 31, 2013 | | X |
| 182 | PL_003725 | Drawings of Permitting, Jun 7, 2013 | | X |
| 183 | PL_003729 | Voicemail from Jonny Hoy Dec 10, 2012 | | X |
| 184 | PL_003730 | Super 8 Commitment Fee wire instructions | X | |
| 185 | PL_003732 | Video re: Inspector Melton Closing Property, Jun 14, 2013 | | X |
| 186 | PL_003733-003747 | Cambridge Repair Sub Contractors, Nov 21, | | X |

| | | | | |
|---|---|---|---|---|
| | | 2011 to Nov 21, 2012 | | |
| 187 | PL_003749-003754 | Hotel guest list for night of the fire and guest address information | X | |
| 188 | PL_003755-003762 | Jones damage and renovation notes and emails between Jones and Sinha, May 19, 2014 | X | |
| 189 | PL_003763-003770 | Receipts for Cambridge Fire | X | |
| 190 | PL_003771-003830 | Communications between Plaintiffs and Super 8 or Wyndham re: conversion of the Cambridge Hotel to a Super 8 facility | | X |
| 191 | PL_003837-003838 | Email between Bland and Sinha, May 9, 2014 re: FF&E Order | | X |
| 192 | PL_003839-003843 | Email from Bland to Sinha, May 14, 2014 re: Last of Big 3 vendor FF&E | | X |
| 193 | PL_003844 | Email between Michelle and Sinha re: A little more FF&E, May 14, 2014 | | X |
| 194 | PL_003852 | Email from Watson to Wilson, Jun 20, 2103 re: fire damage ff&e inventory | X | |
| 195 | PL_003853 | Email from Wilson to Poole, Jun 28, 2013 re: Cambridge Plaza Damage | | X |
| 196 | PL_003854-003858 | Email from Poole to Wilson, Jul 5, 2013 re: Contents-Inventory | X | |
| 197 | PL_003860-003861 | Email between Wilson and Simoneaux, Sep 6, 2013 re: Conference Call | | X |
| 198 | PL_003862-003864 | Email between Simoneaux, Sinha and Harpootlian Employee, Sep 11, 2013 <span style="color:red">Redacted</span> | | X |
| 199 | PL_003865 | Email between Wilson and Shah, Oct 23, 2013 re: Insurance | | X |
| 200 | PL_003890-003897 | Email from Bland to Jones with PDA, May 16, 2014 re: Super 8 – Columbia, SC – PIP requirements and brand standards | | X |
| 201 | PL_003920-003921 | Email between Bland and Jones and Lane with PDA, Apr 28, 2014 re: Elevator rehab consultation | | X |
| 202 | PL_003935 | Email from Bland to Lane and Jones with PDA, May 5, 2014 re: Elevator meeting | | X |
| 203 | PL_003947-003949 | Email from Bland to Lloyd, May 14, 2014 re: Super 8 remodel – Fire equipment upgrade | | X |
| 204 | PL_003953-004069 | Phase I Environmental Site Assessment prepared by HS Environmental Services, Inc., Jul 22, 2013 | | X |
| 205 | PL_004070-004126 | Property Condition Assessment prepared by Envision PCA Solutions, Nov 1, 2011 | | X |
| 206 | PL_004325-004332 | Information provided to law enforcement Keller with SLED re: Guest information | | X |
| 207 | PL-004333-004342 | Documents relating to the improvement, | | X |

| | | | | |
|---|---|---|---|---|
| | | renovation or repairs of the Cambridge Plaza Hotel during the period of November 21, 2011 to March 29, 2013, including Sherwin-Williams invoices, list of rooms for renovation, and invoice from Columbia Fire & Safety | | |
| 208 | PL_004343-004346 | Documents relating to the structural engineering investigation and testing if of the concrete and roof deck; Brian Carpenter and Joe Schold | | X |
| 209 | PL_004807-004812 | Furniture receipts from SREE hotels for furniture purchased by Cambridge from Jan 2013 through the time of loss | | X |
| 210 | PL_004813 | Donated furniture email | | X |
| 211 | PL_004813-004964 | Cambridge employee time sheets and payroll records | | X |
| 212 | PL-005029-005032 | Receipts reflecting guests who stayed at the Cambridge Plaza hotel from Jan 2013 through the time of the loss | | X |
| 213 | PL_005220-005224 | Sinha additional information to Tesh Patel for the redevelopment | | X |
| 214 | PL_005226-005241 | Executed Credit Application, May 8, 2013 | | X |
| 215 | PL_05244-005254 | Email from Patel, May 10, 2013 re: First proposal | | X |
| 216 | PL_005255-005256 | Email from Patel, May 24, 2013 re: Revised proposal | | X |
| 217 | PL_005258-002561 | Email from Tesh Patel, May 28, 2013 re: Revised proposal | | X |
| 218 | PL_005262 | Email between Sinha and APF, Jun 6, 2013 re: Clarification on scope of work | | X |
| 219 | PL_005271-005272 | Sinha cell phone records | X | |
| 220 | PL_002573-005275 | Sinha resident alarm records | X | |
| 221 | PL_005276 | Sinha resident alarm notification record | X | |
| 222 | PL_Sonitrol_000001-000063 | Sonitrol records for the Cambridge Plaza Hotel | X | |
| 223 | PL_Stanley_Steamer 000001-000076 | Stanley Steemer records for Cambridge Plaza Hotel | X | |
| 224 | PL_SLED_ 000001-000964 | South Carolina Law Enforcement investigative file | X | |
| 225 | PL_LC 911 Comm_000001-000006 | 911 Event report for fire at the Cambridge Plaza Hotel on Jun 14, 2013 | X | |
| 226 | PL_Lex Fire Serv_00001-000007 | Lexington County Fire Service report | X | |
| 227 | PL_JAG_000001-000008 | Information from JAG Insurance pursuant to subpoena issued by Plaintiffs | X | |
| 228 | PL_T-Mobile_ 000100-000107 | Sinha cell phone records from T-Mobile | X | |

| 229 | PL_005278-005368 | 2014 Tax returns for Vagish, LLC | X | |
| 230 | PL-005369-005379 | P&L Sheets Nov 2013 – Jul 2015 | X | |
| 231 | PL_005380 | Business Income Claim Workbook (native form) | X | |
| 232 | PL_005381-005387 | Accountant Professional Fees | X | |
| 233 | PL_005388-005406 | Email string between Stan Sanders and Kislaya Sinha, Mar 25, 2013 re: extension request | X | |
| 234 | PL_005407 | Updated Business Income Claim Workbook (native form) | X | |
| 235 | PL_005408 | Vagish ongoing bills (prepared by Sinha) | X | |
| 236 | PL_005409 | Supplemental Business Income Claim Workbook (native form) | X | |
| 237 | PL_005410-005412 | Building Repairs and Maintenance Activity Jul 1, 2013 through Aug 31, 2015 used by Phil Simoneaux in Business Income Claim | X | |
| 238 | PL_SLED_000965 | Supplemental documents from the South Carolina Law Enforcement Division re: Video of security camera from Cambridge Plaza Hotel | X | |
| 239 | PL_SLED_005413-005747 | Supplemental documents from the South Carolina Law Enforcement Division re: photographs | X | |
| 240 | PL_Sonitrol 000001-000009 | Sinha contract file from Sonitrol | X | |
| 241 | Seneca 00001-00131 | Seneca Commercial Property Policy, SSP1503130 | X | |
| 242 | Seneca 00132-00136 | Notice of loss email chain from Sinha, Jun 15, 2013 | X | |
| 243 | Seneca 00138-00236 | Cunningham Lindsey Property Report | | |
| 244 | Seneca 00237-00238 | Ltr from Sollicito to Vagish, Jul 16, 2013 re: Reservation of rights | X | |
| 245 | Seneca 00239 | Ltr from RAH to Townsend re: submission of claim 7-29-13 | X | |
| 246 | Seneca 00240 | Ltr from Harpootlian to Ouzts, Aug 1, 2013 re: Representation | X | |
| 247 | Seneca 00241-00244 | Ltr from Ouzts to Harpootlian, Aug 1, 2013 re: Blank proof of loss | X | |
| 248 | Seneca 00245-00325 | Cunningham Lindsey 2nd Property Report, Aug 14, 2013 | X | |
| 249 | Seneca 00326-00328 | Ltr from Harpootlian to Ouzts, Aug 15, 2013 re: Proof of loss form | X | |
| 250 | Seneca 00329-00492 | JS Held Estimate for Cambridge Plaza Hotel, entered Jun 15, 2013 | X | |
| 251 | Seneca 00493-00494 | JS Held ltr To Townsend, Aug 30, 2013 re: Final report | X | |
| 252 | Seneca 00495-00498 | Ltr from Ouzts to Harpootlian, Sep 12, 2013 re: Receipt of claim & Seneca's reservation of rights | X | |

| 253 | Seneca 00499-00500 | Ltr from Harpootlian to Ouzts, Sep 13, 2013 re: claim documents | X | |
|---|---|---|---|---|
| 254 | Seneca 00501-00502 | Ltr from Ouzts to RAH. Sep 18, 2013 re: additional claim documents | X | |
| 255 | Seneca 00503-00504 | Vagish Business Income claim, Sep 18, 2013 | X | |
| 256 | Seneca 00505-00651 | Harpootlian ltr to Ouzts, Sep 26, 2013 re: POL Business Income and additional claim documents | X | |
| 257 | Seneca 00928-00933 | Palmetto Design Capital Budget, Jun 23, 2013 | X | |
| 258 | Seneca 01176 | Legends Free Times Standard Ad | | |
| 259 | Seneca 01237 | Vagish Insurance Summary | X | |
| 260 | Seneca 01238-01239 | Harpootlian ltr to Ouzts re: Sinha EUO | X | |
| 261 | Seneca 01240 | Ouzts ltr to Harpootlian, Oct 16, 2013 re: Sinha EUO | X | |
| 262 | Seneca 01241-01407 | Cunningham Lindsey 3rd Report, Oct 22, 2103 | X | |
| 263 | Seneca 01408-01710 | Examination Under Oath of Kislaya Sinha, Oct 22, 2013 | X | |
| 264 | Seneca 01711-01716 | Harpootlian ltr to Ouzts, Nov 12, 2013 re: Referring Ouzts to Vagish CPA & Third Party Agreement | X | |
| 265 | Seneca 01767-01805 | Palmetto Design Associates Bids | X | |
| 266 | Seneca 01806-01807 | Closing letter loan, Jun 27, 2013 | | X |
| 267 | Seneca 01808 | Access Point Financial Authorization Agreement for Direct Payment form (blank) | | X |
| 268 | Seneca 01809-01810 | Certificates of Insurance, Jun 27, 2013 and Apr 1, 2013 | X | |
| 269 | Seneca 01836-01840 | FF&E Guaranty Agreement | X | |
| 270 | Seneca 01878-01881 | AFP Acknowledging Fire Damage and Requesting Docs, Jun 19,2013 | | X |
| 271 | Seneca 01882-01885 | Email AFP Acknowledging Fire Damage and Requesting Docs, Jun 19, 2013 | | X |
| 272 | Seneca 01886-01887 | Email from Super 8 Acknowledging Fire Damage, Jun 19, 2015 | X | |
| 273 | Seneca 01910-01921 | Pay record for remediation work and First draw | X | |
| 274 | Seneca 01922-01925 | Employee Earnings Summary Vagish, 2013 | X | |
| 275 | Seneca 01933-01943 | Cunningham Lindsey 4th Report, Nov 14, 2013 | X | |
| 276 | Seneca A 001933-002114 | Seneca's Claim File | X | |
| 277 | Seneca 01945-01948 | Cunningham Lindsey 5th report, Nov 22, 2103 | X | |
| 278 | Seneca 01949-01951 | Cunningham Lindsey 6th report, Dec 8, 2013 | X | |
| 279 | Seneca 01952-01961 | GGM Accounting Associate's report, Dec 20, 2013 | X | |
| 280 | Seneca 01962 | Email from Sollecito to Townsend re: ROR letter, Jul 16, 2013 | X | |
| 281 | Seneca 01963-01965 | Ltr from Ouzts to SLED, Jul 16, 2013 re: | X | |

| | | | | |
|---|---|---|---|---|
| | | SLED's request for policy information | | |
| 282 | Seneca 01966 | Email from Donahue, July 19, 2013 re: application | | X |
| 283 | Seneca 01967 | Email from Sollicito, Jul 19, 2013 re: To do list | | X |
| 284 | Seneca 01968-01969 | Email from Mastrocinque to Sinha, Jul 24, 2013 re: requesting additional docs | | X |
| 285 | Seneca 01970 | Email from Simoneaux to Mastrocinque, Jul 24, 2013 re: information | | X |
| 286 | Seneca 01971-01972 | Email from Ouzts to Harpootlian, Aug 1, 2013 re: proof of loss form | | X |
| 287 | Seneca 01973-01974 | Email from Townsend to Sollecito, Aug 19, 2013 re: Testing of fire debris | | X |
| 288 | Seneca 01975-01990 | Emails between Sollecito, Townsend and Schneider, Oct 2013 | | X |
| 289 | Seneca 01991-01995 | Emails between Mastrocinque and Simoneaux, Nov 2013 re: POL claim documents | | X |
| 290 | Seneca 01996-01998 | Emails between Rimkus and Sollecito, Nov 18, 2013 | | X |
| 291 | Seneca 02001 | Email from Harpootlian to Ouzts, Nov 25, 2013 re: Complaint | | X |
| 292 | Seneca 02002-02078 | Emails between Simoneaux to Mastrocinque, Nov 25, 2013 re: POL claim documents | | X |
| 293 | Seneca 02079-02080 | Ltr from Ouzts to Keller, Dec 20, 2013 | X | |
| 294 | Seneca 02081 | Cunningham and Lindsey acknowledgement of property assignment after lawsuit initiated, Dec 30, 2013 | | X |
| 295 | Seneca 02082-02083 | Email from Sollecito to Townsend, Dec 30, 2013 | | X |
| 296 | Seneca 2426-2427 | Email from Kislaya Sinha to Joie Jackson, Dec 23, 2014 re: resignation of Joie Jackson | | X |
| 297 | Seneca 2487-2498 | Communications with Lynn Eaton with Envision PCA Solutions | | X |
| 298 | Seneca 2534-2816 | Documents produced pursuant to a subpoena issued to Wyndham by Seneca | | X |
| 299 | Seneca 2817-2877 | Documents pursuant to a subpoena issued by to Sonitrol by Seneca | | X |
| 300 | Seneca 2878-2882 | Documents pursuant to a subpoena issued to Associated Distributing by Seneca | | X |
| 301 | Seneca 2898-3153 | Ltr from Ouzts to Keller, Jul 16, 013 re: Response to SLED's Jun 26, 2013 ltr | X | |
| 302 | Seneca 3164-3166 | FF&E inventory list | X | |
| 303 | Seneca 3335-3337 | Invoice from JS Held for services rendered to Seneca | | X |
| 304 | Seneca 3357-3366 | Richard Mastrocinque report, Dec 20, 2013 | | X |
| 305 | Seneca 3367-3370 | Rimkus invoice for services to Cunningham Lindsey and rate sheet | | X |

| 306 | Seneca 3379-3388 | Rimkus report, Jul 18, 2013 | | X |
| 307 | Seneca 3391-3395 | Peter Hildebrand rates | | X |
| 308 | Seneca 3396 | List of materials reviewed by Peter Hildebrand | | X |
| 309 | Seneca 3397-3455 | Gene Pool report | | X |
| 310 | Seneca 3456-3463 | Peter Hildebrand expert witness case listing | | X |
| 311 | Seneca 3464-3468 | Peter Hildebrand timeline | | X |
| 312 | Seneca 3469-3488 | Peter Hildebrand white paper | | X |
| 313 | Seneca 3489-3517 | Peter Hildebrand report | | X |
| 314 | Seneca 3518-3764 | Seneca Claim file <br> <span style="color:red">Redactions</span> | X | |
| 315 | Seneca 3765-3774 | CGM Accounting report, Dec 20, 3013 | | X |
| 316 | Seneca 3775 | Clerical Request form | | X |
| 317 | Seneca 3776 | Large Loss Summary report, Jul 12, 2013 | | X |
| 318 | Seneca 3779-37782 | Email between McGowan, Townsend and Sollecito re: McGowan's departure, Jun 27, 2013 | | X |
| 319 | Seneca 3784 | Notice of Non-Renewal by Seneca | X | |
| 320 | Seneca 3786 | Property Claim payment history | | X |
| 321 | Seneca 3787-3835 | H&S Loss Control Inspections report, Dec 13, 2012 | | X |
| 322 | Seneca 3836-3837 | Commercial Building Valuation Report, Dec 31, 2012 | | X |
| 323 | Seneca 3838-3882 | Seneca Claim Reserve Reviews and Claim Payment information | | X |
| 324 | Seneca 3883-3884 | Seneca Case Checklist tab | | X |
| 325 | Seneca 3885 | Seneca Claims Procedures | | X |
| 326 | CL 00001-00764 | All documents issued by Cunningham Lindsey pursuant to a subpoena issued by Plaintiffs | | X |
| 327 | Callhan Salvage & Appraisal 00001-00110 | All documents issued by Callhan Salvage & Appraisal pursuant to a subpoena issued by Plaintiffs | | X |
| 328 | CGM Accounting | All documents and emails produced by CGM Accounting pursuant to a subpoena issued by Plaintiffs | | X |
| 329 | JS Held | All documents produced by JS Held contained in folders "Emails, Insurer and Policyholder" pursuant to a subpoena issued by Plaintiffs | | X |
| 330 | Rimkus 0001-0390 | All documents produced by Rimkus pursuant to a subpoena issued by Plaintiffs | | X |
| 330 | Seneca 3885-3900 | Seneca Claims Procedures document, Jun 14, 2014 | | X |
| 331 | Seneca 4729 | Appraisal Award, Jan 8, 2015 | | X |
| 332 | Seneca 4730-4749 | Seneca Reserve and Payment information for claim #13FFN155 | | X |
| 333 | Seneca 4834 | Liability Auto and Property Claim hierarchy chart | | X |

| 334 | No Bates number | Excel chart re: Insurance Department claim log for Seneca | | X |
| 335 | Seneca 4835-4850 | Stephen Sollicito personnel file from Seneca | | X |
| 336 | PDA 01-2246 | Documents produced by Palmetto Design Associates pursuant to a subpoena issued by Plaintiffs | | X |

Plaintiffs reserve the right to use any documents identified by Defendant or for impeach or rebuttal purposes. Further, Plaintiffs reserve the right to amend these pretrial disclosures, if necessary.

Respectfully submitted,

*s/Richard A. Harpootlian*
Richard A. Harpootlian (Fed. ID #1730)
Christopher P. Kenney (Fed. ID #11314)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1040
Columbia, South Carolina 29202
(803) 252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com
cpk@harpootlianlaw.com

Leigh J. Leventis (Fed. ID #2661)
The Law Offices of Leigh J. Leventis
1913 Bull Street (29201)
Post Office Box 11067
Columbia, South Carolina 29211
(803) 256-0113
Facsimile (803) 799-1612
leighleventis@aol.com

James M. Griffin (Fed. ID #1053)
GRIFFIN DAVIS, LLC
1116 Blanding Street, First Floor (29201)
P.O. Box 999
Columbia, SC 29202
Tel. 803.744.8000
Fax 803.744.0805

jgriffin@griffindavislaw.com

ATTORNEYS FOR THE PLAINTIFFS

February 15, 2016
Columbia, South Carolina.