UNITED STATES DISTRICT COURT
District of South Carolina
Columbia Division

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge,<br><br>Plaintiffs,<br><br>vs.<br><br>Seneca Specialty Insurance Company,<br><br>Defendant. | C/A No.: 3:13-cv-03161-TLW<br><br>**PLAINTIFFS'** *SUPPLEMENTAL* **RULE 26(a)(3) PRETRIAL DISCLOSURES** |

Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiffs Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge, hereby supplements their pretrial disclosures as follows:

**1.    The designation of those witnesses whose testimony is expected to be presented by means of a deposition and if not taken stenographically, a transcript of the pertinent portions of the deposition.**

SUPPLEMENTAL RESPONSE:    Plaintiffs may introduce the entire deposition transcript testimony of the following witness, if he is unavailable for trial:

f.    Deposition of Super 8 Worldwide designee Coleman Lechner, February 18, 2016.

*(Signature page to follow)*

Respectfully submitted,

*s/Richard A. Harpootlian*
Richard A. Harpootlian (Fed. ID #1730)
Christopher P. Kenney (Fed. ID #11314)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1040
Columbia, South Carolina 29202
(803) 252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com
cpk@harpootlianlaw.com

Leigh J. Leventis (Fed. ID #2661)
The Law Offices of Leigh J. Leventis
1913 Bull Street (29201)
Post Office Box 11067
Columbia, South Carolina 29211
(803) 256-0113
Facsimile (803) 799-1612
leighleventis@aol.com

James M. Griffin (Fed. ID #1053)
GRIFFIN DAVIS, LLC
1116 Blanding Street, First Floor (29201)
P.O. Box 999
Columbia, SC 29202
Tel. 803.744.8000
Fax 803.744.0805
jgriffin@griffindavislaw.com

ATTORNEYS FOR THE PLAINTIFFS

February 26, 2016
Columbia, South Carolina.