# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge,<br><br>Plaintiffs,<br><br>vs.<br><br>Seneca Specialty Insurance Company,<br><br>Defendant. | C/A No.: 3:13-cv-03161-TLW<br><br><br>**PLAINTIFFS' (UNOPPOSED) MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Civil Rule 6.01, Plaintiffs Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge (collectively, Vagish) respectfully move the Court to extend the time to respond to Defendant Seneca Specialty Insurance Company's (Seneca's) supplemental motion for summary judgment. See Dkt. No. 140.

Seneca filed its supplemental motion on April 15, 2016—almost three month after the deadline for dispositive motions passed. See Dkt. Nos. 79 & 95 (setting the dispositive motion deadline as January 29, 2016). Vagish moved to strike the motion as untimely and Seneca filed a response in opposition. Dkt. Nos. 141 & 142.

Now, Vagish respectfully moves the Court to extend the deadline to file any response to Seneca's untimely motion for summary judgment by seven (7) days from the time the Court rules on Vagish's motion to strike. The Court should grant the relief sought here because if Vagish's motion to strike is granted, no response is necessary to this motion.

Prior to filing this motion, the undersigned conferred with Seneca's counsel who does not oppose the relief sought here.

[signature page follows]

Respectfully submitted by,


s/Richard A. Harpootlian
Richard A. Harpootlian (Fed. ID No. 1730)
rah@harpootlianlaw.com
Christopher P. Kenney (Fed. ID No. 10147)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
Facsimile (803) 252-4810

Leigh J. Leventis (Fed. ID No. 2661)
leighleventis@aol.com
THE LAW OFFICES OF LEIGH J. LEVENTIS
1913 Bull Street (29201)
Post Office Box 11067
Columbia, South Carolina 29211
(803) 256-0113
Facsimile (803) 799-1612

James M. Griffin (Fed. ID No. 1053)
Griffin | Davis
1116 Blanding Street (29201)
P.O. Box 999
Columbia, South Carolina 29201
Telephone: (803) 744-0800
jgriffin@griffindavislaw.com

ATTORNEYS FOR PLAINTIFFS

May 2, 2016
Columbia, South Carolina.