UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge,<br><br>      Plaintiffs,<br><br>vs.<br><br>Seneca Specialty Insurance Company,<br><br>      Defendant. | C/A No.: 3:13-cv-03161-TLW<br><br>**Notice of Request for Protection of Court Appearances** |

The undersigned attorney, Richard A. Harpootlian, attorney for Plaintiffs, hereby respectfully requests protection from court appearance for the dates set forth below:

1. June 24: Richard A. Harpootlian is having a minor out-patient surgical procedure; and,

2. July 20 – July 29: Richard A. Harpootlian has long-standing family vacation plans in New York City.

Should the court desire any additional information in order to effectuate this request for protection, undersigned counsel will provide such information to the court.

      Respectfully submitted by,

      s/Richard A. Harpootlian
      Richard A. Harpootlian (Fed. ID No. 1730)
      rah@harpootlianlaw.com
      Christopher P. Kenney (Fed. ID No. 10147)
      cpk@harpootlianlaw.com
      RICHARD A. HARPOOTLIAN, P.A.
      1410 Laurel Street (29201)
      Post Office Box 1090
      Columbia, South Carolina 29202
      (803) 252-4848
      Facsimile (803) 252-4810

2

        Leigh J. Leventis (Fed. ID No. 2661)
        leighleventis@aol.com
        THE LAW OFFICES OF LEIGH J. LEVENTIS
        1913 Bull Street (29201)
        Post Office Box 11067
        Columbia, South Carolina 29211
        (803) 256-0113
        Facsimile (803) 799-1612

        James M. Griffin (Fed. ID No. 1053)
        Griffin | Davis
        1116 Blanding Street
        P.O. Box 999 (29202)
        Columbia, South Carolina 29201
        Telephone: (803) 744-0800
        jgriffin@griffindavislaw.com

        ATTORNEYS FOR PLAINTIFFS

June 13, 2016
Columbia, South Carolina.