# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge, | C/A No.: 3:13-cv-03161-TLW |
| Plaintiffs, | |
| vs. | **NOTICE OF FILING** |
| Seneca Specialty Insurance Company, | |
| Defendant. | |

Please take notice that Plaintiffs file the attached photographs, which should have been attached to Exhibit F – Rimkus Report (Dkt. Entry No. 150-6). These documents were inadvertently omitted when the filing took place.

Respectfully submitted,

s/ James M. Griffin
James M. Griffin (Fed. ID No. 1053)
GRIFFIN DAVIS, LLC
1116 Blanding Street, First Floor (29201)
P.O. Box 999
Columbia, SC 29202
Tel. 803.744.8000
Fax 803.744.0805
jgriffin@griffindavislaw.com

Richard A. Harpootlian (Fed. ID No. 1730)
Christopher P. Kenney (Fed. ID No. 11314)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1040
Columbia, South Carolina 29202
(803) 252-4848
Facsimile (803) 252-4810

                rah@harpootlianlaw.com
                cpk@harpootlianlaw.com

                Leigh J. Leventis (Fed. ID No. 2661)
                The Law Offices of Leigh J. Leventis
                1913 Bull Street (29201)
                Post Office Box 11067
                Columbia, South Carolina 29211
                (803) 256-0113
                Facsimile (803) 799-1612
                leighleventis@aol.com

                ATTORNEYS FOR THE PLAINTIFFS

August 17, 2016
Columbia, South Carolina.