IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE,<br>      Plaintiffs,<br>v.<br><br>SENECA SPECIALITY INSURANCE COMPANY,<br>      Defendant. | Civil Action No: 3:13-cv-03161-TLW |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Morgan S. Templeton of Wall Templeton & Haldrup, P.A., and hereby gives notice of his appearance on behalf of Defendant Seneca Insurance Company, Inc. ("Seneca"). Morgan S. Templeton, along with Paul Burke, Eric Mull, and Russell Thompson, will represent Defendant Seneca.

All pleadings and notices in this action should be sent to the undersigned. The clerk is requested to note the record to reflect this appearance.

                                       Respectfully submitted,

                                       WALL TEMPLETON & HALDRUP, P.A.

                                       */s/Morgan S. Templeton*
                                       Morgan S. Templeton
                                       Federal Bar No. 7187

145 King Street, Suite 300 (29401)
Post Office Box 1200
Charleston, South Carolina 29402
Tel: (843)329-9500
Fax: (843)329-9501