# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge,<br><br>Plaintiffs,<br><br>vs.<br><br>Seneca Specialty Insurance Company,<br><br>Defendant. | C/A No.: 3:13-cv-03161-TLW |

**Plaintiffs' memorandum of law in response to Defendant's motion *in limine* regarding Plaintiff's insurance broker as an agent of Seneca**

Defendant Seneca Specialty Insurance Company (Seneca) moved the Court *in limine* for an order "prohibit[ing] Plaintiffs and their counsel from introducing evidence or otherwise arguing or asserting that A.J. Shaw or JAG Insurance Company were agents or acted as agents of Seneca at any time" with regard to the policy and claim disputed in this action. Dkt. No. 127 at 1.

Plaintiffs Vagish, LLC, doing business as Cambridge Plaza Hotel, and Va Va Vagish, LLC, doing business as Legends Lounge (collectively, "Vagish") have considered the argument and authority submitted by Seneca and interposes no objection to the motion being granted.

Respectfully submitted by,

s/Richard A. Harpootlian
Richard A. Harpootlian (Fed. ID No. 1730)
rah@harpootlianlaw.com
Christopher P. Kenney (Fed. ID No. 10147)
cpk@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202

        (803) 252-4848
        Facsimile (803) 252-4810

        Leigh J. Leventis (Fed. ID No. 2661)
        leighleventis@aol.com
        THE LAW OFFICES OF LEIGH J. LEVENTIS
        1913 Bull Street (29201)
        Post Office Box 11067
        Columbia, South Carolina 29211
        (803) 256-0113
        Facsimile (803) 799-1612

        James M. Griffin (Fed. ID No. 1053)
        Griffin | Davis
        1116 Blanding Street
        P.O. Box 999 (29202)
        Columbia, South Carolina 29201
        Telephone: (803) 744-0800
        jgriffin@griffindavislaw.com

        ATTORNEYS FOR PLAINTIFFS

September 8, 2016
Columbia, South Carolina.