**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE, | ) ) ) ) | Civil Action No. 3:13-CV-03161-TLW |
| Plaintiff, | ) | |
| v. | ) ) | |
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) ) | **NOTICE OF VIDEOTAPED DEPOSITION OF VAN D. TULEY FOR USE AT TRIAL** |
| Defendant. | ) ) | |

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rules of Civil Procedure, that on **Tuesday, October 11, 2016 commencing at 1:00 p.m.**, at the offices Wall Templeton & Haldrup, P.A., 145 King Street, Suite 300, Charleston, South Carolina 29401; Telephone: (843) 329-9500 before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of **Van D. Tuley** for trial, cross-examination, and all other purposes allowed by law.  The deposition will continue from day-to-day until examination is complete.

Respectfully submitted,

DREW ECKL & FARNHAM, LLP

*/s/Russell Thomson*
Russell Thomson
Fed Id No.  11870
Paul W. Burke
Admitted *Pro Hac Vice* (GA Bar No 095642)
Eric R. Mull
Admitted *Pro Hac Vice* (GA Bar No 556860)

880 W. Peachtree Street
Atlanta, GA  30357-0600
Telephone:    (404) 885-1400

Facsimile:      (404) 876-0992
pburke@deflaw.com
emull@deflaw.com

                                  WALL TEMPLETON & HALDRUP, P.A.


                                  */s/Morgan S. Templeton*
                                  Morgan S. Templeton
                                  Federal Bar No. 7187

145 King Street, Suite 300
Charleston, South Carolina 29401
Telephone: (843) 329-9500
morgan.templeton@walltempleton.com

Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| VAGISH LLC d/b/a CAMBRIDGE PLAZA HOTEL; and VA VA VAGISH LLC d/b/a LEGENDS LOUNGE, | ) ) ) ) | Civil Action No. 3:13-CV-03161-TLW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day sent the **NOTICE OF VIDEOTAPED DEPOSITION OF VAN D. TULEY FOR USE AT TRIAL** via e-mail to the following attorneys of record:

Richard A. Harpootlian
Christopher P. Kenney
Richard A. Harpootlian, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina  29202
rah@harpootlianlaw.com
cpk@harpootlianlaw.com

Leigh J. Leventis
The Law Offices of Leigh J. Leventis
1913 Bull Street
P.O. Box 11067
Columbia, South Carolina 29211
leighleventis@aol.com

This 20th day of September, 2016.

/s/Russell Thomson
Russell Thomson
Fed Id No.  11870

P.O. Box 7600
Atlanta, Georgia  30357-0600
(404) 885-1400
6694546/1
05596-088833